IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BOBBY R. BEASLEY, <br> AIS # 192259, <br><br> Plaintiff, <br><br> v. <br><br> WARDEN DANIEL, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO. 2:09CV1025-MEF <br> )           (WO) <br> ) <br> ) <br> ) |

**ORDER**

On September 26, 2011, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. No. 34.) Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and that this case be and is hereby DISMISSED without prejudice for the Plaintiff's failure to comply with the orders of this court and his failure to properly continue the prosecution of this case.

DONE this the 13th day of October, 2011.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE